JOHN J. TALTON, CHAPTER 13 TRUSTEE  Check #: **1040275**
Payee: Clerk of the Court  Date: 05/23/2013
Case 08-60876    Doc 96    Filed 05/28/13    Entered 05/28/13 10:19:05    Desc Main
Document    Page 1 of 1
Please notify the Court & this office of any changes made pertaining to your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0820091 | 00002 | ALLEN WAYNE CONLEY<br>Original Check written to:<br>CITIFINANCIAL AUTO CREDIT, INC.<br>P.O. BOX 182287<br>COLUMBUS, OH, 43218 | 20801 / 283354 | 3,505.45 | 317.43 | 0.00 | 317.43 |
| 0860876 | 00057 | DOLL LUVERA OLIVER<br>Original Check written to:<br>MID STATE TRUST<br>C/O WALTER MORTGAGE COMPANY<br>P.O. BOX 31601<br>TAMPA, FL, 33631 | | 0.00 | 2,542.80 | 0.00 | 2,542.80 |
| 1010607 | 00000 | MARCELLUS A. HAWKINS, III & FAITH A. REDW<br>Original Check written to:<br>MARCELLUS A. HAWKINS, III<br>1090 20TH ST<br>BEAUMONT, TX, 77706 | | 0.00 | 460.00 | 0.00 | 460.00 |
| ~~1188888~~ 09-61061 | 00000 | Talton Adjustment<br>Original Check written to:<br>CYNTHIA GAY BUSCHMAN<br>708 VZ CR 2426<br>CANTON, TX, 75103 | 09-61061 | 0.00 | 2,350.00 | 0.00 | 2,350.00 |
| | | **TOTALS** | | 3,505.45 | 5,670.23 | 0.00 | 5,670.23 |

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
MAY 2 4 2013
CLERK, US BANKRUPTCY COURT